UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-MJ-8424-WM

UNITED STATES OF AMERICA

v.

JOSE ALFONSO PEREZ-JIMENEZ

　　　　　　　　　　　　　　　　Defendant.
_____/

FILED BY ___SW___ D.C.
Aug 5, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  ☐ Yes  ☑ No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: _/s/ Marc Osborne_____

MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY
District Court No.  A550796
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    (561) 820-8711
Fax:   (561) 820-8777
Email:  Marc.Osborne@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>JOSE ALFONSO PEREZ-JIMENEZ<br><br>*Defendant(s)* | )<br>)<br>) Case No.  25-mj-8424-WM<br>)<br>)<br>) |

FILED BY ___SW___ D.C.
Aug 5, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 2, 2025__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 (a) | Illegal re-entry into the United States after deportation or previous removal. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deportation Officer, Andy Korzen, ICE
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: August 5, 2025

_____
*Judge's signature*

City and state:   West Palm Beach, FL          Hon. William Matthewman, Chief Magistrate Judge
*Printed name and title*

**AFFIDAVIT
OF
ANDY KORZEN
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jose Alfonso PEREZ-JIMENEZ, committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about August 2, 2025, Jose Alfonso PEREZ-JIMENEZ was arrested in Palm Beach County, Florida on three separate outstanding warrants for violation of probation in three separate cases related to driving under the influence. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Jose Alfonso PEREZ-JIMENEZ is a native and citizen of Guatemala. Records further show that on or about February 27, 2019, Jose Alfonso PEREZ-JIMENEZ was ordered removed from the United States. The Order of Removal was executed on or about April 23, 2019, whereby

1

Jose Alfonso PEREZ-JIMENEZ was removed from the United States and returned to Guatemala.

5. Jose Alfonso PEREZ-JIMENEZ's fingerprints taken in connection with his August 2, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Jose Alfonso PEREZ-JIMENEZ.

6. A record check was performed in the Computer Linked Application Informational Management System to determine if Jose Alfonso PEREZ-JIMENEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Jose Alfonso PEREZ-JIMENEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. Based on the foregoing, I submit that probable cause exists to believe that, on or about August 2, 2025, Jose Alfonso PEREZ-JIMENEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __5th__ day of August 2025.

*William Matthewman*
WILLIAM MATTHEWMAN
UNITED STATES CHIEF MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   JOSE ALFONSO PEREZ-MARTINEZ

**Case No**:

Illegal re-entry into the United States after previous deportation or removal

8 U.S.C. § 1326 (a)
* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000
* **Special Assessment:** $100

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.